# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Exide Holdings, Inc.** | ) | **Case No. 20-11157 (LSS)** |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

AND NOW, this *16th* day of March 2022, **it is hereby ORDERED** that the above Chapter 11 case (and all associated cases including adversary) is **TRANSFERRED** to the **Honorable Laurie Selber Silverstein** for all further proceedings and dispositions.[1]

Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.